IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY SILVA,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**A. SOTO,**<br><br>　　　　　　　　　　Respondent. | Case No. 1:16-cv-00209 LJO MJS HC<br><br>**ORDER DIRECTING RESPONDENT TO FILE A RESPONSE TO PETITIONER'S MOTION TO STAY**<br><br>**(Doc. 8)**<br><br>**THIRTY (30) DAY DEADLINE** |

　　On March 7, 2016, Petitioner filed a motion to stay the petition. (ECF No. 8.) Respondent is directed to file a response to the motion to stay within thirty (30) days of the issuance of this order.

IT IS SO ORDERED.

　Dated:　May 20, 2016　　　　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1