IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY SILVA,**<br><br>Petitioner,<br><br>v.<br><br>**A. SOTO, Warden,**<br><br>Respondent. | Case No. 1:16-cv-00209 LJO MJS (HC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTIONS TO STAY**<br><br>**(ECF Nos. 8, 22, 27, 28)** |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 7, 2017, the Magistrate Judge issued findings and recommendations to deny Petitioner's motions to stay. (ECF No. 28.) The findings and recommendations were served on all parties with notice that any objections were to be filed within fourteen days of the date of service of the order. No objections were filed and the time for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued March 7, 2017, are ADOPTED;
2. The motions to stay are DENIED; and
3. The matter is referred back to the Magistrate Judge for further proceedings on the petition.

IT IS SO ORDERED.

Dated: **April 26, 2017**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE